**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JENNIFER MURRAY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **3:26-CV-00612** |
| | : | **(JUDGE MARIANI)** |
| **SCRANTON SCHOOL DISTRICT,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>ORDER</u>**

**AND NOW, THIS** 30th **DAY OF SEPTEMBER 2026,** upon consideration of Scranton School District's motion to dismiss (Doc. 3), and for the reason set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Scranton School District's motion to dismiss Plaintiff Jennifer Murray's second amended complaint (Doc. 3) is **GRANTED** and Plaintiff's Second Amended Complaint (Doc. 1-1) is **DISMISSED WITHOUT PREJUDICE**.
2. Plaintiff is **GRANTED** leave to amend and must amend the second amended complaint **within twenty-one (21) days of the date of this Order**.
3. Plaintiff shall plead her causes of action in separate counts to promote clarity for the Court and SSD if she chooses to file a third amended complaint. Fed. R. Civ. P. 10(b).

Robert D. Mariani
United States District Judge